Yana Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Samuel Parthemer

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL PARTHEMER, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PAYMENT MANAGEMENT SERVICES USA, LLC, <br><br> Defendant. | **Case No.: 3:19-cv-01034-H-NLS** <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)** <br><br> **HON. MARILYN L. HUFF** |

Plaintiff SAMUEL PARTHEMER hereby moves this Court to dismiss the above entitled action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

WHEREFORE, Plaintiff respectfully requests that this Court dismiss this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 9, 2020

**KAZEROUNI LAW GROUP, APC**

By:  s/Yana A. Hart
     Yana A. Hart
     *Attorneys for Plaintiff*